IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| **LOTTIE THOMPSON-GROVES and WILLIAM GROVES**<br><br>Plaintiffs,<br><br>v.<br><br>**THE CRAB HOUSE, INC. and BLACK BIRD PROPERTIES, LLC**<br><br>**Defendants.** | **CIVIL ACTION NO.**<br><br>**2:19-cv-188-KS-MTP** |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), all parties hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own costs. The parties further stipulate that this Court retains jurisdiction to enforce any settlement agreement.

Respectfully submitted this 8th day of April 2020.


/s/ *Pshon Barrett*
　Pshon Barrett MS- 2071
　ADA Group LLC
　4001 Carmichael Road, Suite 570
　Montgomery, Alabama 36106
　334.819.4030 p
　334.819.4032 f
　Pshon.Barrett@ADA-Firm.com
　*Attorney for the Plaintiffs*

/s/ *Michael Adelman*
Michael Adelman, Esq. MS-1153
Adelman & Steen, L.L.P.
Post Office Box 368
Hattiesburg, MS 39403-0368
Ph:  (601) 544-8291
Email: adelest33@aol.com
*Attorney for Defendant Black Bird Properties, LLC*


/s/ *Elizabeth Rehm*
Elizabeth Darby Rehm, ESQ.
Johnstone, Adams, Bailey, Gordon & Harris, LLC
One Saint Louis Centre 1 St. Louis St.,
Suite 4000, Mobile, AL 36602
Ph: 251-432-7682
Fax: 251-432-7682
Email: edr@johnstoneadams.com
*Attorney for Defendant The Crab House, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that on April 8, 2020, I filed the foregoing with the Clerk of Court by the CM/ECF system which will send a notice of electronic filing to all parties of record.

                                        */s/Pshon Barrett*
                                        Pshon Barrett, Esq.